UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 7:25-CV-00347-DC-DTG <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION TO TRANSFER ACTION**

Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant Google LLC ("Google") (collectively, the "Parties") hereby agree and move, subject to review and approval by the Court, to the transfer of this case in its entirety to the Northern District of California.

VirtaMove has agreed to this transfer solely in an effort to efficiently manage two pending cases between the same parties. Assuming the motion is granted and this case is transferred to the Northern District of California, the parties agree that this joint motion and the transfer of this case will not be used (1) to seek a stay of *VirtaMove, Corp. v. Google LLC*, Case No. 5:25-CV-00860-NW, now pending in the Northern District of California, (2) against VirtaMove as a basis to seek attorneys fees or to argue the merits of this case or Case No. 5:25-CV-00860-NW, (3) to allege that VirtaMove delayed in agreeing to transfer this case, or (4) to argue that VirtaMove's joinder in this motion gives merit to any allegation in Google's October 14, 2024 letter. Nothing in this joint motion precludes either party from being able to reference that, assuming the motion is granted, this case was transferred from this Court to the Northern District of California and when this transfer occurred.

The Parties submit the attached Proposed Order transferring this case to the Northern District of California.

Dated: January 16, 2026

By: /s/ Qi (Peter) Tong

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy, Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Respectfully submitted,

/s/ Nathaniel St. Clair, II

Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

Erica Benites Giese
Texas State Bar No. 24036212
egiese@jw.com
1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 (facsimile)

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, a true and correct copy of the foregoing Joint Motion to Transfer Action was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/     Nathaniel St. Clair, II*
Nathaniel St. Clair, II
