UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., <br><br>　　　　Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br>　　　　Defendant. | § § § § § § § § § § § § | Civil Action No. 7:25-CV-00347-DC-DTG <br><br><br> JURY TRIAL DEMANDED |

### ORDER TRANSFERRING ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA

Before the Court is the Parties' Joint Motion to Transfer Action to the Northern District of California pursuant to 28 U.S.C. § 1404(a). The Court finds that the Motion should be and is GRANTED. It is therefore ORDERED that the case is transferred to the United States District Court for the Northern District of California. The Clerk of the Court shall forthwith take such steps as are needed to effectuate the transfer.

Signed this _____ day of _____, 2026.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DEREK T. GILLILAND
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE