| | |
|---|---|
| 1 | HOGAN LOVELLS US LLP |
|   | David Perlson (Bar No. 209502) |
| 2 | david.perlson@hoganlovells.com |
|   | Antonio Sistos (Bar No. 238847) |
| 3 | ton.sistos@hoganlovells.com |
|   | Leen Bukai  (Bar No. 359353) |
| 4 | leen.bukai@hoganlovells.com |
|   | Yiming Gu (Bar No. 364089) |
| 5 | yiming.gu@hoganlovells.com |
|   | 4 Embarcadero Center, Suite 3500 |
| 6 | San Francisco, CA 94111 |
|   | Telephone: (415) 374-2300 |
| 7 | |
|   | *Attorneys for Defendant Google, LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

VIRTAMOVE, CORP.,

   Plaintiff,

v.

GOOGLE, LLC,

   Defendant.

Case No.: 5:26-cv-00704-VKD

**DEFENDANT GOOGLE LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

The Honorable Virginia K. DeMarchi

Jury Trial Demanded

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google, LLC discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: January 27, 2026

Respectfully submitted,

By: */s/ David Perlson*
David Perlson (Bar No. 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
Leen Bukai  (Bar No. 359353)
leen.bukai@hoganlovells.com
Yiming Gu (Bar No. 364089)
yiming.gu@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that, on January 27, 2026, counsel of record who have appeared in this case are being served with a copy of the foregoing via ECF.

*/s/ Rich Chuakay*
Rich Chuakay