United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRTAMOVE, CORP., | Case No. 26-cv-00704-NW |
| Plaintiff, | |
| v. | **CASE MANAGEMENT AND TRIAL-SETTING ORDER (JURY)** |
| GOOGLE LLC, | |
| Defendant. | |

The Court reviewed the parties' joint case management statement (ECF No. 138) in *VirtaMove, Corp. v. Google* LLC, Case No. 5:25-cv-00860-NW and issues this case management and trial-setting order.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>　[ ] Court-sponsored mediation<br>　[ ] Court-sponsored ENE<br>　[ ] Mag. Judge Settlement Conf.<br>　[x] Private mediation<br>　[ ] Private arbitration<br>　[ ] Other: | November 20, 2026* |
| Disclosure of Asserted Claims and Infringement Contentions (Patent L.R.3-1 and 3-2) | March 10, 2026 |
| Invalidity Contentions (Patent L.R. 3-3 and 3-4) | April 24, 2026 |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | May 8, 2026 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | May 29, 2026 |

* The parties must file a status report no later than December 4, 2026, confirming their selected ADR process was completed.

| Scheduled Event | Date |
|---|---|
| Damages Contentions (Patent L.R. 3-8) | June 15, 2026 |
| Joint Claim Construction and Prehearing Statement and Expert Reports (Patent L.R. 4-3) | June 23, 2026 |
| Responsive Damages Contentions (Patent L.R. 3-9) | July 15, 2026 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | July 23, 2026 |
| Opening Claim Construction Brief (Patent L.R. 4-5(a)) | August 7, 2026 |
| Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | August 21, 2026 |
| Reply Claim Construction Brief (Patent L.R. 4-5(c)) | August 28, 2026 |
| **Technology Tutorial** | **September 9, 2026 at 2 p.m.** |
| **Claim Construction Hearing** | **September 16, 2026 at 2 p.m.** |
| Damages Contentions Meeting (Patent L.R. 3-10) | September 14, 2026 |
| Close of Fact Discovery | November 20, 2026 |
| Opening Expert Reports | December 18, 2026 |
| Rebuttal Expert Reports | January 29, 2027[*] |
| Close of Expert Discovery | February 19, 2027[*] |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: March 5, 2027 <br> **Responses**: March 19, 2027 <br> **Replies**: March 26, 2027 |
| Hearing on Dispositive and *Daubert* Motions | April 28, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | June 16, 2027 |
| Final Pretrial Conference | June 23, 2027 at 2:00 p.m. |
| Trial | July 12, 2027 at 9:00 a.m. |
| Length of trial | 5 days |

Dated: February 18, 2026

Noël Wise
United States District Judge

[*] Date differs from Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California.