Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff,*
*VirtaMove Corp.*

David A. Perlson (CA SBN 209502)
david.perlson@hoganlovells.com
Antonio Sistos (CA SBN 238847)
ton.sistos@hoganlovells.com
**HOGAN LOVELLS US LLP**
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2412

Deepa Acharya (CA SBN 267654)
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005-3314
Telephone: (202) 538-8000
Fax: (202) 538-8100

*Attorneys for Defendant,*
*Google, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, LLC <br><br> Defendant. | Case No. 5:25-cv-00860-NW <br><br> Jury Trial Demanded <br><br> Judge:   Hon. Noël Wise <br> Location:   Courtroom 3, 5th Floor |

Case No. 5:25-cv-00860-NW

VIRTAMOVE, CORP.,

          Plaintiff,

     v.

GOOGLE, LLC

          Defendant.

Case No. 5:26-cv-00704-NW

Jury Trial Demanded

Judge:      Hon. Noël Wise
Location:   Courtroom 3, 5th Floor

**STIPULATION REGARDING CONSOLIDATION**

Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant Google LLC ("Google") (collectively, the "Parties"), hereby submit the following Joint Stipulation, as follows:

WHEREAS, the Court has related the instant case ("*VirtaMove I*") and Case No. 5:26-CV-00704 ("*VirtaMove II*").  Dkt. 137.

WHEREAS, the Court issued substantially similar Case Management and Trial Setting Orders in *VirtaMove I* (Dkt. 141) and *VirtaMove II* (Dkt. 37), including setting both cases for the same trial date and for the same claim construction hearing.

WHEREAS, U.S. Pat. No, 7,519,814 (the "'814 patent") at issue in *VirtaMove I* and Pat. 7,774,762 (the "'762 patent") at issue in *VirtaMove II* are members of the same patent family, and the '762 patent claims priority to the '814 patent.

WHEREAS, VirtaMove accuses overlapping Google products of infringing both the '814 patent in *VirtaMove I* and the '762 patent in *VirtaMove II*.

WHEREAS, *VirtaMove I* and *VirtaMove II* involve many of the same documents and witnesses.

WHEREAS, the parties agree that *VirtaMove I* and *VirtaMove II* should be consolidated for all purposes as if VirtaMove filed a single complaint and should result in a single judgment.

WHEREAS, the parties in *VirtaMove I* agreed to the following discovery limits consistent with the WDTX Midland Division Order Governing Proceedings: 30 Interrogatories per side, 45 requests for admission, 75 requests for production, 70 hours of fact depositions, and 7 hours of expert deposition per expert report.

WHEREAS, the parties agree to modify the *VirtaMove I* discovery limits for a consolidated *VirtaMove I* and *VirtaMove II*.

THEREFORE, the parties stipulate and agree that

1. *VirtaMove II* should be consolidated into *VirtaMove I* for all purposes.  The

1

complaints in both *VirtaMove I and VirtaMove II* shall be treated as a single civil action that will be subject to a single final judgment. All filings made in *VirtaMove II* shall be treated as though also filed in *VirtaMove I*.

2. All future filings by the parties shall use a caption that includes the case number for *VirtaMove I*.

3. *VirtaMove II* shall be administratively closed in view of the consolidation. The administrative closing of *VirtaMove II* is not a ruling on the merits and does not count as a dismissal of the *VirtaMove II* complaint.

4. The following discovery limits should be applied for the consolidated case:

   a. Each party should be allowed 35 interrogatories.

   b. Each party should be allowed 50 requests for admission.

   c. Each party should be allowed 85 requests for production.

   d. Each party should be allowed 80 hours of fact depositions. A deposition of three hours or less will be counted as three hours against these time limits.

5. Nothing herein shall preclude any party from seeking leave to extend page limits in the consolidated case to account for its scope of multiple patents.

Jointly submitted on April 15, 2026.

/s/ Peter Tong
Marc Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)

/s/ David Perlson
David A. Perlson (CA SBN 209502)
david.perlson@hoganlovells.com
Antonio Sistos (CA SBN 238847)
ton.sistos@hoganlovells.com
**HOGAN LOVELLS US LLP**
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2412

Deepa Acharya (CA SBN 267654)
deepaacharya@quinnemanuel.com

STIPULATION REGARDING CONSOLIDATION

jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff, VirtaMove Corp.*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005-3314
Telephone: (202) 538-8000
Fax: (202) 538-8100

*Attorneys for Google Defendant Google, LLC*

STIPULATION REGARDING CONSOLIDATION

## FILER'S ATTESTATION

I attest in compliance with Civil Local Rule 5-1(i)(3) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: April 15, 2026          /s/ Peter Tong

1

# [PROPOSED] ORDER

Plaintiff VirtaMove, Corp. and Defendant Google LLC have stipulated to the consolidation of *VirtaMove Corp. v. Google LLC*, Case No. 5:25-cv-00860 with *VirtaMove Corp. v. Google LLC*, Case No. 5:26-CV-00704.  *See* Dkt. _____.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.


DATED:    April 17            , 2026


_____
  Honorable Noël Wise
  United States District Judge

STIPULATION REGARDING CONSOLIDATION